*Vacated per order entered on 9/30/16.*

# IN THE SUPREME COURT OF THE STATE OF NEVADA

GREGORY FRANK DENAPLE,
                              Appellant,
                    vs.
THE STATE OF NEVADA,
                              Respondent.

No. 70668

FILED

SEP 01 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported decision denying a motion to modify sentence. Fifth Judicial District Court, Nye County; Kimberly A. Wanker, Judge.

No decision, oral or written, had been made on the motion when appellant filed his appeal on June 20, 2016. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____Cherry_____, J.
            Cherry

_____Douglas_____, J.
Douglas

_____Gibbons_____ J.
            Gibbons

cc:    Hon. Kimberly A. Wanker, District Judge
       Gregory Frank Denaple
       Attorney General/Carson City
       Nye County District Attorney
       Nye County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

16-27254